ROSEN ✧ SABA, LLP
9350 WILSHIRE BOULEVARD, SUITE 250
BEVERLY HILLS, CALIFORNIA 90212

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIELA BARRERA, JAIME ARMIJO, KYMBERLEE BATENI, TIFFANY BLUNDELL, SHEILA BRADSHAW, MELISSA CHERRY, ROBIN CORBELLO, DENISE ESPARZA, AMANDA FERGUSON, DESHAARON HOLMES, STEPHANIE KLOPACK, SHERRY LOPEZ DE RICCI, HEATHER LULO, STEPHANIE MARTINI, JAIMIE SLAVEN, AMBER SYNDER, AMBER THOMPSON, and TYSON THOMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware Corporation;  and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 5:14-cv-03418-EJD<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>Date:       June 4, 2015<br>Time:      9:00 a.m.<br>Dept.:      Courtroom 4, 5th Floor<br>Judge:     Hon. Edward J. Davila<br><br>Complaint Filed: July 28, 2014 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

This Court finds good cause to allow Plaintiffs MARCIEL BARRERA, JAMIE ARMIJO, KYMBERLEE BATENI, TIFFANY BLUNDELL, SHEILA BRADSHAW, MELISSA CHERRY, ROBIN CORBELLO, DENISE ESPARZA, AMANDA FERGUSON, DESHAARON HOLMES, STEPHANIE KLOPACK, SHERRY LOPEZ DE RICCI, HEATHER LULO, STEPHANI MARTINI, JAIMIE SLAVEN, AMBER SNYDER, AMBER THOMPSON, and TYSON THOMPSON ("Plaintiffs") to file a First Amended Complaint pursuant to FRCP Rule 15(a)(2).

Plaintiffs shall file a First Amended Complaint forthwith.

DATED: June 01, 2015

By: _____
Hon. Edward J. Davila

1

ORDER RE: MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT